AO 91 (Rev. 11/11) Criminal Complaint

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT - 1 2026
ARTHUR JOHNSTON
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

United States of America
v.
CLAUDE HENRY BATES JR.

*Defendant(s)*

Case No. 1:26mj- 119-BWR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 25, 2026 in the county of Jackson in the Southern District of MS, Southern Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 844(e) | Defendant, Claude Henry Bates, Jr., transmitted, in interstate commerce, a threatening communication containing a threat to kill or injure the person of another or damage or destroy any building, in violation of 18 U.S.C. § 844(e). |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

*Complainant's signature*

Jonathan Rayner, Task Force Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/1/2026

*Judge's signature*

City and state: Gulfport, Mississippi

Bradley W. Rath,United States Magistrate Judge

*Printed name and title*

**Affidavit for Criminal Complaint**

**Probable Cause**

I, Jonathan Rayner, being duly sworn, state as follows:

Your affiant is a currently employed as an Investigator by the Jackson County Sheriff's Office (JCSO), presently assigned full-time to the Federal Bureau of Investigation (FBI), Southeast Mississippi Safe Streets Task Force (SMSSTF), Jackson Division, Pascagoula Resident Agency in Mississippi as a Task Force Officer (TFO). Your Affiant has been employed by the JCSO for approximately seven years. Your Affiant's current duties with the FBI include investigating threats of violence, bomb threats, mailed threats, crimes involving electronic communications and social media platforms, fugitives, kidnappings, and other federal criminal violations.

During my law enforcement career, I have received training and gained experience in digital evidence collection, electronic communications investigations, search and seizure, interview and interrogation techniques, surveillance, and criminal investigations. I have participated in numerous investigations involving bomb threats, threatening communications directed at public officials and law enforcement agencies, threatening correspondence transmitted through the United States Postal Service, and threats communicated through social media, email, telephone, and other electronic platforms.

I have prepared and executed numerous state and federal search warrants for electronically stored information and digital evidence, including records maintained by online service providers, telecommunications providers, social media companies, and electronic communication services. I have utilized subscriber information, IP address records, account

activity, electronic communications, postal records, and other digital evidence to identify account holders, authenticate communications, establish attribution, and gather evidence related to federal criminal offenses involving threats of violence and intimidation.

The aforementioned instances involved investigations relating to violations of both Title 18 and Title 21 of the United States Code. I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

This affidavit is based on my participation in this investigation, reports I have read related to this investigation, and conversations I have had with other law enforcement personnel. Based on this information, I am aware of the following facts:

**September 25, 2026**

1. On 9/25/2026, at approximately 10:19AM (CT) an unknown male called the Jackson County Mississippi Coroner's Office from a blocked phone number. Upon the County Coroner answering the call, the male voice stated he placed a bomb under the coroner's vehicle. The caller then disconnected. The bomb threat was not recorded. Investigator's pulled toll records for the Coroner's Office telephone line (ending in 3197). Investigators identified the telephone number ending in 5431 as having called into the Coroner's Office on 9/25/2026, at 10:19AM.
2. Investigators requested Emergency Disclosure Records (EDRs) to Verizon for the number ending in 5431. Based upon the returns, Investigators identified the subscriber as CLAUDE HENRY BATES, JR., a black male, SSN: ending 1844. Cell record analysis, as well as open-source data base searches and text message content received showed BATES' residence was located at Bristol Downs Apartment Homes, Montgomery, Alabama.

3. Just prior to the bomb threat phone call made to the Jackson County Coroner's Office, the Jackson County Mississippi Sheriff's Office received two separate bomb threats/warnings which came in on 9/25/2026, at 10:13AM and 10:16AM. The two aforementioned bomb threat/warnings were audio recorded. It was believed based upon the recorded voice calls, which were played for the Jackson County Coroner, to be possibly the same subject who called the Coroner's Office to make the bomb threat.at 10:19AM.
4. On September 29, 2026, Agents traveled to BATES's known residence at Bristol Downs Apartment Homes in Montgomery, Alabama, where they located and interviewed BATES. During the interview, BATES voluntarily displayed the call history from his cellular telephone for September 25, 2026.
5. A review of the call history revealed at approximately 10:16AM, an outgoing call was placed from BATES's cellular telephone to the Jackson County Sheriff's Office using the *67 feature. The *67 feature is commonly used to block the caller's telephone number from appearing on the recipient's caller identification display, causing the call to appear as "Private," "Blocked," or a similar designation.
6. The call history further showed that at approximately 10:19AM, an outgoing call was placed from BATES's cellular telephone to the Jackson County Coroner's Office, also utilizing the *67 feature.
7. BATES told Agents that during the time these calls were placed, he was with an associate whom he knows only as "Chris." BATES stated that he and Chris were near Court Street at the Pure gas station in Montgomery, Alabama. A google maps search of Pure Gas Station, Montgomery, AL shows a Pure Gas Station located at 9 W South Street, near the intersection S Court St, in Montgomery, AL, approximately six miles from BATES's

residence. BATES further stated that Chris was the individual who used BATES's cellular telephone to place the aforementioned calls.

8. However, analysis of cellular records associated with BATES's telephone showed that at the time the calls to the Jackson County Sheriff's Office and Jackson County Coroner's Office were placed, BATES's cellular telephone was located in the area of BATES's residence at Bristol Downs Apartment Homes. The Pure gas station near Court Street, where BATES claimed he and "Chris" were located when the calls were made, is approximately six miles from BATES's residence. Accordingly, the cellular-location data is inconsistent with BATES's account that he and his telephone were at the Pure gas station when "Chris" allegedly used the telephone to place the calls. Based on the cellular records, BATES's telephone could not have been at the Pure gas station at the time the calls were placed as BATES initially claimed.

9. Based on the forgoing, your Affiant believes that probable cause exists showing that **CLAUDE HENRY BATES JR** violated Title 18 U.S.C. § 844(e).

Jonathan Rayner
Task Force Officer
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on October 1st, 2026.

United States Magistrate Judge